```
 1  Mark Epstein, Esq. (S.B.N. 159801)
    THE EPSTEIN GROUP
 2  2358 Market Street, Third Floor
    San Francisco, CA 94114
 3  Telephone: (415) 863-5718
    Facsimile: (415) 863-8719
 4  mepstein@epsteingroup.com

 5  Counsel for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAIED YOUSEF GHEITH, et al., <br><br> Defendants. | Case No. CV 11-1167 (~~DMR~~) SC <br><br> STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT <br> Local Rule 6-1 (a) |

## STIPULATION

WHEREAS Plaintiff J & J Sports Productions, Inc. served Defendants with its complaint on May 1, 2011;

WHEREAS Defendants' Answer is due 21 days thereafter according to Fed. R. Civ. P. 12(a)(1)(A)(i);

WHEREAS Defendants have previously stipulated to extend the deadline to answer and only answer the complaint by three weeks;

1  WHEREAS the parties have discussed the possibility of entering into settlement negotiations
2  and agree that a month extension of time to respond to the complaint is appropriate;
3  IT IS HEREBY STIPULATED among the parties that Defendants shall file their answer and
4  only their answer by July 13, 2011.

7  Dated this 15 day of June, 2011

By: Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Telephone: (626) 799-9797
Facsimile: (626) 799-9795
TPRLAW@att.net
*Counsel for Plaintiff*

15  Dated this 14 day of June, 2011

By: Mark Epstein
THE EPSTEIN GROUP
2358 Market Street, Third Floor
San Francisco, CA 94114
Telephone: (415) 863-5718
Facsimile: (415) 863-8719
mepstein@epsteingroup.com
*Counsel for Defendants*

IT IS SO ORDERED
Judge Samuel Conti
7/5/11

2
STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT