
Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Raied Yousef Gheith, et al., <br><br> Defendant. | CASE NO. CV 11-1167 SC <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RAIED YOUSEF GHEITH, individually and d/b/a GOOD FELLAS PIZZA |

  IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RAIED YOUSEF GHEITH, individually and d/b/a GOOD FELLAS PIZZA, that the above-entitled action is hereby dismissed **with prejudice** against RAIED YOUSEF GHEITH, individually and d/b/a GOOD FELLAS PIZZA, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

  IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by December 15, 2012, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 5, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 8/23/11

THE EPSTEIN GROUP
By: Mark Epstein
Attorneys for Defendant
RAIED YOUSEF GHEITH, individually and d/b/a GOOD FELLAS PIZZA

IT IS SO ORDERED:

Dated: August 26, 2011

The Hon. Samuel Conti
United States District
Northern District of California

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION OF DISMISSAL
CV 11-1463 SI
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 5, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RAIED YOUSEF GHEITH, individually and d/b/a GOOD FELLAS PIZZA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Mark Epstein, Esquire (Attorneys for Defendant)
THE EPSTEIN GROUP
2358 Market Street
San Francisco, CA 94114

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 5, 2011, at South Pasadena, California.

Dated: August 5, 2011

INESA MAMIDJANYAN